UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA MAYO BRADY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-02160-RMI<br><br>**JUDGMENT** |

On November 15, 2023, the Court granted the parties' Stipulation to Voluntary Remand. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 15, 2023

_____
ROBERT M. ILLMAN
United States Magistrate Judge